UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Vampire Brands LLC et al, <br><br> Plaintiff <br><br> vs. <br><br> Mercury Brewing and Distribution Company Inc et al, <br><br> Defendant. | CASE NO.: 2:13-cv-03568-SVW-SH <br><br> ORDER DISMISSING ACTION PURSUANT TO NOTICE OF SETTLEMENT <br><br> JS - 6 |

The Court having been advised by the parties that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is dismissed without prejudice.

IT IS SO ORDERED.

Dated: September 20, 2013

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE